IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>LISA J. SCHUTTE,<br><br>                Defendant. | **4:14CR3085**<br><br>**ORDER** |

      After reviewing the evaluation from the Federal Medical Center, (Filing No. 96), questioning the defendant, (Filing No. 99), and hearing defense counsel's assessment on this issue, the court finds the defendant has the cognitive ability, competence, and capacity to consult with counsel, understand the criminal proceedings, and participate with and assist counsel in the defense of this case.

      IT IS ORDERED:

      1)      The defendant is competent to stand trial.

      2)      Pending trial, the defendant shall comply with all terms and conditions of release which were previously imposed, and the following additional condition: The defendant is prohibited from taking over-the-counter medication in excess of the recommended dosage as stated on the medication packaging.

      March 13, 2015.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge