IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LISA J. SCHUTTE,<br><br>                Defendant. | 4:14-CR-3085<br><br>ORDER |

     The above-named defendant intends to move for relief pursuant to 18 U.S.C. § 3563. She has moved for appointment of counsel (filing 298), and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

     IT IS ORDERED:

     1.    The defendant's Motion for Appointment Under the Criminal Justice Act (filing 298) is granted.

     2.    Joshua D. Barber is appointed, and shall promptly enter an appearance as counsel for the above-named defendant.

     3.    The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

     4.    The Clerk of the Court shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

- 2 -

Dated this 28th day of June, 2016.

                          BY THE COURT:

                          John M. Gerrard
                          United States District Judge