IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LISA J. SCHUTTE,<br><br>            Defendant. | 4:14-CR-3085<br><br>ORDER ON MOTION TO<br>MODIFY TERMS OF PROBATION |

    This matter came on to be heard upon the defendant's Motion to Modify Terms of Probation (filing 301). Bruce Gillan, Assistant United States Attorney, appeared on behalf of the Government, and Joshua Barber, CJA counsel, appeared on behalf of the defendant. Evidence was adduced, arguments of counsel heard, and the Court, being fully advised,

    FINDS and ORDERS:

1. That special condition no. 8 (The defendant shall be incarcerated for **16 consecutive weekends** in a facility designated by the Bureau of Prisons. . . . The term of intermittent confinement shall be completed no later than one year from today.), shall be stricken.

2. A new, and substitute, special condition no. 8 shall be imposed, as follows: Commencing this date, for **the next 6 months**, the defendant is restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by the probation officer. The form of location monitoring shall be set up by the probation officer in order to monitor the above restrictions on the defendant's movement in the community, as well as other court-imposed conditions of release.

    IT IS SO ORDERED.

- 2 -

Dated this 6th day of September, 2016.

                                BY THE COURT:

                                *John M. Gerrard* (signature)
                                John M. Gerrard
                                United States District Judge